```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILLIE JAMES SANDERS,

           Plaintiff,

vs.                                                    Civil Action No.:
                                                          1:20-CV-02229-ALC

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

           Defendant.
-----------------------------------------------------------X

## ORDER

      AND, NOW, this __21__ day of __December__, 20__20__, upon consideration of Plaintiff's

Motion for an extension of time to file his motion for judgment on the pleadings,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is

due February ~~15~~ 16, 2021. All subsequent deadlines are also extended by thirty (30) days.


Entered: December 21, 2020

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE