**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
WILLIE JAMES SANDERS,

                Plaintiff,                            20 **CIVIL** 2229 (ALC)

       -against-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated September 14, 2021, Plaintiff's motion for judgment on the pleadings is DENIED and Defendant's cross-motion is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
       September 14, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                              **BY:**     *K. Mango*
                                                           **Deputy Clerk**